# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MOISES FLORES DE PAZ,<br><br>　　Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　Respondents. | Case No.: 2:20-cv-00781-APG-NJK<br><br>**Order Dismissing Action**<br><br>[ECF No. 15] |

The parties have stipulated to a voluntary dismissal without prejudice and with each party bearing its own costs and attorney's fees. I find good cause to dismiss the action.

IT THEREFORE IS ORDERED that the motion to dismiss (ECF No. 9) is **DENIED** as moot.

IT FURTHER IS ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court is directed to close this action.

DATED: December 21, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE